**WILLIAM G. TAYLOR** *versus* **LUTHER SMITH.**

JOURNAL ENTRIES (1825): *Journal 4:* (1) Stricken from docket *p. 17.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) declaration.
*1822–23 Calendar*, MS p. 73.